# United States Court of Appeals
## For the Eighth Circuit

_____

No. 15-3869

_____

Santos Zacarias-Castro

*Petitioner*

v.

Loretta E. Lynch, Attorney General of the United States

*Respondent*

_____

Petition for Review of an Order of the
Board of Immigration Appeals

_____

Submitted: August 17, 2016
Filed: August 18, 2016
[Unpublished]

_____

Before LOKEN, BENTON, and KELLY, Circuit Judges.

_____

PER CURIAM.

Guatemalan citizen Santos Zacarias-Castro petitions for review of an order of the Board of Immigration Appeals upholding an immigration judge's denial of his application for asylum, withholding of removal, and protection under the Convention Against Torture. After careful consideration, we conclude that substantial evidence on the record as a whole supports the denial of relief. Zacarias-Castro failed to

establish that the harm he claims to have suffered--or he fears may come to him if he returns to his native country--is related to one of the five grounds that is protected under the asylum statute. See Davila-Mejia v. Mukasey, 531 F.3d 624, 627-29 (8th Cir. 2008); Quomsieh v. Gonzales, 479 F.3d 602, 606-07 (8th Cir. 2007). Accordingly, we deny the petition for review. See 8th Cir. R. 47B.

_____